# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU, | NO. CV 10-9791 JSL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. HARRINGTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan 25, 2011.    *[signature: Spencer Letts]*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE